150 A.3d 408

WILLIAM R. BASILE, PLAINTIFF–PETITIONER, v. PASSAIC VALLEY SEWERAGE COMMISSION, WAYNE J. FORREST, EXECUTIVE DIRECTOR, JAMES MCCARTHY, AND KENNETH J. LUCIANIN, COMMISSIONER OF THE PASSAIC VALLEY SEWERAGE COMMISSION, DEFENDANTS–RESPONDENTS.

July 11, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004486–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.